JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR-09-0385 MAG |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER FOR WARRANT** |
| v. ) | |
| PETER WALCOTT, ) | |
| Defendant. ) | |

Good cause appearing, it is hereby ordered that an arrest warrant with bail set in the amount of $10,000 shall immediately issue for the arrest of the defendant, Peter Walcott.  This Order is based on a finding by this Court that the facts set forth in the attached Declaration of Patrick Sandys demonstrate probable cause that the defendant has committed the crime with which he is charged, and that the defendant is not currently available to be summonsed to Court.  In light of this, the Court finds that an arrest warrant is necessary to secure the defendant's appearance in court on this charge.

IT IS SO ORDERED.

Dated:  April 15, 2009

BERNARD ZIMMERMAN
United States Magistrate Judge

ORDER FOR WARRANT
Case No. CR-09-0385-MAG