1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       marc.wolf@usdoj.gov
8
   Attorneys for the United States of America

FILED
FEB 5 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR – 09-0385 MAG |
|---|---|
| v. | ) NOTICE OF DISMISSAL |
| PETER WALCOTT, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above case without prejudice.

DATED:    1/27/14

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 09-385)

Leave is granted to the government to dismiss the Information.

Date: 2/5/204

_____
United States Magistrate Judge
**Maria Elena James**

NOTICE OF DISMISSAL (CR 09-385)